UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                     Case No. 23-30168
                                         Originating No.  23CR3036

**EDGAR IGNACIO SALAS ZARATE,**

    Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **EDGAR IGNACIO SALAS ZARATE,** to answer to charges pending in another federal district,

and states:

    1.  On **April 21, 2023,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of Nebraska based on an indictment**.  Defendant is charged in that district with violations of  **21 USC Section 841(a)(1) –  Possession with Intent to Distribute 500 Grams or More of Methamphetamine.**

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

    Respectfully submitted,

    DAWN N. ISON
    United States Attorney


    *s/Sarah Resnick Cohen*
    SARAH RESNICK COHEN
    Assistant U.S. Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI 48226
    (313) 226-9100

Dated: April 21, 2023